OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Flora, Appellant, v. Rogers, Supt., Appellee.
[Cite as Flora v. Rogers (1993),      Ohio St.3d    .]
Habeas corpus not available to review issues of nonjurisdictional nature -- No substitute for appeal.
    (No. 93-611 -- Submitted July 28, 1993 -- Decided October 13, 1993.)
    Appeal from the Court of Appeals for Marion County, No. 9-93-9.
    In a petition for a writ of habeas corpus, filed in the court of appeals, appellant, Mike Flora, alleged that he was convicted of aggravated murder and attempted kidnapping and sentenced to from thirty years to life imprisonment. He also alleged that a kidnapping instruction was given during the trial, which violated his constitutional rights and constituted judicial misconduct entitling him to be released pursuant to a writ of habeas corpus. The court of apeals dismissed the petition, finding that the issues raised did not attack the jurisdiction of the court, and were, therefore, merely grounds on which to appeal.
    The cause is before the court upon an appeal as of right.

    Mike Flora, pro se.

    Per Curiam. We affirm the judgment of the court of appeals for the reasons stated in its decision.
                                    Judgment affirmed.
    Moyer, C.J., A.W. Sweeney, Douglas, Wright,  Resnick, F.E. Sweeney and Pfeifer, JJ., concur.